UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| AMHERST TECHNOLOGIES, LLC, et al. | ) | Case No. 05-12831-JMD |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| OLGA L. BOGDANOV, CHAPTER 7 | ) | Adversary Proceeding |
| TRUSTEE OF AMHERST | ) | No.  06-01217 |
| TECHNOLOGIES, LLC et al. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| CANOPUS CORPORATION | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## JUDGMENT

Upon consideration of the Chapter 7 Trustee's Motion for Default Judgment (the

"Motion"), after due deliberation and good cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED, ADJUDGED, and DECLARED, that the Defendant, Canopus Corporation,

shall turn over to the Chapter 7 Trustee $14,015.00 plus interest.

ENTERED in Manchester, New Hampshire, __November 9_____, 2006.

/s/   J. Michael Deasy

The Honorable J. Michael Deasy
United States Bankruptcy Judge

340649-1